# United States District Court
# Central District of California
# Eastern Division

| | |
|---|---|
| RADE RAICEVIC, | ED CV 13-1266 TJH (DTBx) |
| Plaintiff, | |
| v. | Order |
| U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST SERIES 2012-5T, 60 LIVINGSTON AVENUE EP-MN-WS3D, ST. PAUL, MN 55107-0000, *et al.*, | [18] |
| Defendants. | |
| And Related Counter-claims | |

The Court has considered Defendants' motion to dismiss, together with moving and opposing papers.

A motion to dismiss under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted tests the claim's legal sufficiency. *Navarro v. Block*, 250 F.3d 729, 732 (9th Cir. 2001). A complaint must contain enough facts to state a claim to relief that is plausible on its face. *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570, 127 S. Ct. 1955, 1960, 167 L. Ed. 2d 929, 949 (2007).

A borrower can challenge to an assignment of the note and deed of trust. *Glaski v. Bank of America*, 218 Cal. App. 4th 1079, 1094, 160 Cal. Rptr. 3d 449, 461 (2013).

California's Unfair Business Practices Act is preempted by the Home Owners' Loan Act, 12 U.S.C. § 1461 ["HOLA"]. Through HOLA, Congress gave the Office of Thrift Supervision ("OTS") broad authority to regulate federal savings associations. *Silvas v. E*Trade Mortg. Corp.*, 514 F.3d 1001, 1005 (9th Cir. 2008). OTS preempts certain types of state laws under HOLA, including "terms of credit … [p]rocessing, origination, servicing, sale or purchase of, or investment or participation in, mortgages." 12 C.F.R. § 560.2(b)(10). Plaintiffs' claim is based on the origination, servicing, and sale or purchase of a mortgage, and falls within the specific type of law listed in § 560.2(b)(10). Thus, California's Unfair Business Practices Act is preempted by federal law.

Declaratory relief is a separate cause of action which allows for "[a]ny person interested … under a contract … or in respect to, in, over or upon property … may, in cases of actual controversy relating to the legal rights and duties of the respective parties, bring an original action … for a declaration of his or her rights … ." Cal. Code Civ. Proc. § 1060. Insofar as Plaintiff seeks a declaration as to the validity of the assignments, the declaratory relief claim is sufficiently pled.

It is Ordered that the motion to dismiss the claims for cancellation of instruments and declaratory relief be, and hereby are, Denied.

It is further Ordered that the motion to dismiss the claim for violation of California's Unfair Business Practices Act be, and hereby is, Granted, with prejudice.

Date: October 16, 2013

_____
Terry J. Hatter, Jr.
Senior United States District Judge