# United States District Court
# Central District of California
# Eastern Division

| | |
|---|---|
| RADE RAICEVIC,<br><br>                    Plaintiff,<br><br>     v.<br><br>U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST SERIES 2012-5T, 60 LIVINGSTON AVENUE EP-MN-WS3D, ST. PAUL, MN 55107-0000, *et al.*,<br><br>                    Defendants. | ED CV 13-1266 TJH (DTBx)<br><br>**Preliminary Injunction** |
| U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST SERIES 2012-5T, 60 LIVINGSTON AVENUE EP-MN-WS3D, ST. PAUL, MN 55107-0000,<br><br>                    Counter-Claimant,<br><br>     v.<br><br>RADE RAICEVIC,<br><br>                    Counter-Defendant. | |

The Court has considered the motion of Counter-Claimant U.S. Bank National Association, Not in its Individual Capacity but Solely as Trustee for the RMAC Trust Series 2012-5T, ("U.S. Bank") for a preliminary injunction, together with the moving and opposing papers.

U.S. Bank established that it is likely to succeed on the merits, that it is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in its favor, and that an injunction is in the public interest. *Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20, 129 S. Ct. 365, 374, 172 L. Ed. 2d 249, 261 (2008).

It is Ordered that, pending a final resolution of this case, Rade Raicevic, his agents, representatives, employees, contractors, successors and assigns, and all those acting in concert or participation with him, be, and hereby are, Preliminarily Enjoined from committing any of the following acts:

1. Being on the real property located at 845 Chino Canyon, Palm Springs, California 92262 ("Property");
2. Altering, remodeling, repairing or renovating the Property; and
3. Marketing, advertising, selling or conducting tours of the Property.

It is further Ordered that this preliminary injunction shall be effective upon U.S. Bank's posting of a bond in the sum of $25,000.00.

Date: October 29, 2013

_____
Terry J. Hatter, Jr.
Senior United States District Judge

CC: FISCAL