# United States District Court
# Central District of California
# Eastern Division

| | |
|---|---|
| RADE RAICEVIC, | ED CV 13-1266 TJH (DTBx) |
| Plaintiff, | |
| v. | Order |
| U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST SERIES 2012-5T, 60 LIVINGSTON AVENUE EP-MN-WS3D, ST. PAUL, MN 55107-0000, *et al.*, | |
| Defendants. | |
| And Related Counter-claims | |

The Court has considered Defendants' motion for judgment on the pleadings AND Plaintiff's motion to dismiss the counter-claim, together with moving and opposing papers.

As the Court stated in its order denying Defendants' motion to dismiss the amended complaint, a borrower is entitled to challenge the assignment of a note and deed of trust if that assignment was legally void. *See Glaski v. Bank of America*, 218 Cal. App. 4th 1079, 1094, 160 Cal. Rptr. 3d 449, 461 (2013).

As to the counter-claims, Defendants have sufficiently stated claims over which the Court, for now, will exercise supplemental jurisdiction.

It is Ordered that the motion for judgment on the pleadings be, and hereby is, Denied.

It is further Ordered that the motion to dismiss the counter-claims be, and hereby is, Denied.

Date: February 18, 2014

Terry J. Hatter, Jr.
Senior United States District Judge